UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

E%%%%RIC P%%%%AUL W%%%%ENDLANDT,

        Plaintiff,                                      Hon. Janet T. Neff

v.                                                        Case No. 1:14-cv-00313

B%%%%ANK OF A%%%%MERICA NA, et al.,

        Defendants.

_____/

**REPORT AND RECOMMENDATION**

       This matter is before the Court on Plaintiff's Motion for Default Judgment & Order Against Defendant Trott & Trott (Dkt. 33), filed May 13, 2014. Because no default was entered against Defendant Trott & Trott and defendant answered the Complaint on May 15, 2014, the undersigned recommends that plaintiff's motion for default judgment (Dkt. 33) be DENIED.

                                                                    Respectfully submitted,

Date:  June 3, 2014                             /s/ Ellen S. Carmody
                                                                ELLEN S. CARMODY
                                                                United States Magistrate Judge

      OBJECTIONS to this Report and Recommendation must be filed with the Clerk of Court within 14 days of the date of service of this notice.  28 U.S.C. § 636(b)(1)(C).  Failure to file objections within the specified time waives the right to appeal the District Court's order. *Thomas v. Arn*, 474 U.S. 140, 155 (1985); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).