UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIC PAUL WENDLANDT,

    Plaintiff,

v

BANK OF AMERICA N.A., *et al.*,

    Defendants.

_____/

Case No. 1:14-cv-313

HON. JANET T. NEFF

## **ORDER**

In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that Plaintiff's Objections (Dkt 109) are DENIED, and the Report and Recommendation (Dkt 98) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants Fabrizio & Brook, P.C, Jonathan Engman and Francis Lee's Motion to Dismiss (Dkt 8) is GRANTED.

**IT IS FURTHER ORDERED** that Defendants Bank of America N.A., Bank of New York Mellon, MERS, and MERSCORP Holdings, Inc.'s Motion to Dismiss (Dkt 49) is GRANTED.

**IT IS FURTHER ORDERED** that Defendants Blank & Rome, LLP and Jonathon Moore's Motion to Dismiss (Dkt 52) is GRANTED.

**IT IS FURTHER ORDERED**, pursuant to FED. R. CIV. P. 56(f), that Plaintiff's claims against Defendant Trott & Trott are DISMISSED.

**IT IS FURTHER ORDERED** that Plaintiff's "Motion for Remand/Exemption" (Dkt 122) is DENIED.


Dated: March  23, 2015 　　　　　　　　　　　　　/s/ Janet T. Neff
　　　　　　　　　　　　　　　　　　　　　　　JANET T. NEFF
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge